STEVEN G. ROSALES
ATTORNEY AT LAW 222224
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4712

TEL: 562/868-5886
FAX: 562/868-5491
E-MAIL: rohlfing_office@msn.com

Attorney for plaintiff

FILED
CLERK, U.S. DISTRICT COURT
SEP 1 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA P. ACEVEDO,<br><br>Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE, Commissioner Social Security,<br><br>Defendant | Case No.: CV 08-2198 E<br><br>(~~PROPOSED~~) ORDER |

TO THE HONORABLE CHARLES F. EICK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

///

///

///

///

///

-1-

1 | IT IS HEREBY ORDERED, based on the stipulation by and between the
2 | parties, through their respective counsel, that the court dismisses the above matter
3 | without prejudice. Each side to bear her own costs and expenses, including but not
4 | limited to attorney's fees.

7 | IT IS SO ORDERED.
8 | DATE: 9/12/08

THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE